UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD HOWARD WILEY,<br><br>        Plaintiff,<br><br>       v.<br><br>DEP'T OF CHILDREN & FAMILY SERVICES,<br><br>        Defendant. | Case No. CV 12-04334 GHK (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED:   10/25  , 2013

                                                GEORGE H. KING
                                              United States District Judge