UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD HOWARD WILEY, | ) |
| Plaintiff, | ) No. CV 12-04334 GHK (AJW) |
| v. | ) |
| DEP'T OF CHILDREN & FAMILY SERVICES, | ) **J U D G M E N T** |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:     10/25    , 2013

_____
GEORGE H. KING
United States District Judge