**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD HOWARD WILEY,** | ) | |
|         **Plaintiff,** | ) | No. CV 12-04334 GHK (AJW) |
|         v. | ) | **AMENDED** |
| **DEP'T OF CHILDREN & FAMILY SERVICES,** | ) | **J U D G M E N T** |
|         **Defendant.** | ) | |

**IT IS ADJUDGED** that plaintiff's federal claims are dismissed with prejudice, and plaintiff's state law claims are dismissed without prejudice.

DATED:   1/12  , 2016

_____
GEORGE H. KING
United States District Judge